IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JEAN JULES,

    Petitioner,

v.                                    4:18cv568–WS/CAS

UNITED STATES ATTORNEY
GENERAL WILLIAM P. BARR,

    Respondent.

_____

## ORDER DISMISSING PETITIONER'S PETITION
## FOR WRIT OF HABEAS CORPUS

Before the court is the magistrate judge's report and recommendation (ECF No. 28) docketed August 30, 2019. The magistrate judge recommends that Petitioner's petition for writ of habeas corpus be DISMISSED for lack of subject matter jurisdiction. Petitioner has filed no objections to the magistrate judge's report and recommendation.

Upon review of the record, the court has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 28) is hereby ADOPTED and incorporated by reference into this order.

2. Petitioner's petition for writ of habeas corpus (doc. 1) is DISMISSED.

3. The clerk shall enter judgment stating: "Petitioner's petition for writ of habeas corpus is DISMISSED for lack of subject matter jurisdiction."

DONE AND ORDERED this ___2nd___ day of ___October___, 2019.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE5.